# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE STATE OF MISSOURI, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN, JR., et al., )<br>)<br>*Defendants*. ) | Case No. 4:21-cv-01300 |

## ENTRY OF APPEARANCE

COMES NOW Michael E. Talent, and hereby enters his appearance on behalf of Plaintiff States of Missouri, Nebraska, Alaska, Arkansas, Iowa, Montana, New Hampshire, North Dakota, South Dakota, and Wyoming.

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

By:   */s/ Michael E. Talent*
Michael E. Talent, CA322220
815 Olive Street, Suite 200
St. Louis, MO  63101
Telephone: (314) 340-4869
Facsimile: (573) 751-0774
Michael.Talent@ago.mo.gov

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 3, 2021, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system and to be served on those parties that have not appeared who will be served in accordance with the Federal Rules of Civil Procedure or other means agreed to by the party.

      */s/ Michael E. Talent*
      Counsel for Plaintiffs