IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI; *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as the President of the United States of America; *et al.* <br><br> *Defendants*. | No. 4:21-cv-01300 |

## AFFIDAVIT OF SERVICE

I, Michael E. Talent, having personal knowledge attest that:

1. I am over 18 years old and not a party to the captioned case.

2. On October 29, 2021, the complaint in this case, with exhibits, was filed.

3. On November 1, 2021, the clerk's office for the U.S. District Court for the Eastern District of Missouri issued summonses for all defendants.

4. On November 2, 2021, I caused a copy of the forgoing, including all exhibits and attachments, to be served by certified mail to all defendants at the addresses shown on the certified mail receipts attached as Exhibit A.

1

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed: November 3, 2021                /s/ *Michael E. Talent*
                                          Michael E. Talent, #322220CA
                                          Deputy Solicitor General
                                          Missouri Attorney General's Office
                                          Post Office Box 899
                                          Jefferson City, MO 65102
                                          Tel: (314) 340-4869
                                          Fax: (573) 751-0774
                                          michael.talent@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on November 3, 2021, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system and to be served on those parties that have not appeared who will be served in accordance with the Federal Rules of Civil Procedure or other means agreed to by the party.

/s/ *Michael E. Talent*
Michael E. Talent
