# EXHIBIT A

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** (Domestic Mail Only)
7017 0660 0000 7305 8477 — NOV 02 2021

Kiran Ahuja
United States Office of Personnel Management
1900 E. Street, N.W.
Washington, D.C. 20415

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)
7009 1680 0001 1048 8962 — NOV 02 2021

United States Office of Personnel Management
1900 E. Street, N.W.
Washington, D.C. 20415

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** (Domestic Mail Only)
7015 0640 0002 9813 0048 — NOV 02 2021

Jeffrey Zients
Safer Federal Workforce Task Force
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)
7009 1680 0001 1048 8955 — NOV 02 2021

President Joseph R. Biden, Jr.
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** (Domestic Mail Only)
7015 0640 0002 9813 0031 — NOV 02 2021

Safer Federal Workforce Task Force
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** (Domestic Mail Only)
7017 0660 0000 7305 8484 — NOV 02 2021

General Services Administration
1800 F. Street, N.W.
Washington, D.C. 20405









Lesley A. Field
Office of Management and Budget
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500



Robin Carnahan
General Services Administration
1800 F. Street, N.W.
Washington, D.C. 20405



Shalanda Young
Office of Management and Budget
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500



Karla S. Jackson
National Aeronautics and Space Administration
300 E. Street, S.W.
Washington, D.C. 20546



Federal Acquisition Regulatory Council
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Attorney General of the United States
Attn: Asst. Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



U.S. Attorney's Office for the
Eastern District of Missouri
Attn: Sayler A. Fleming
     Civil Process Clerk
Thomas F. Eagleton U.S. Courthouse
111 S. 10th St., 20th Floor
St. Louis, MO 63102

John M. Tenaglia
Department of Defense
1636 Defense Pentagon
Suite 1E169
Washington, D.C. 20301



Office of Management and Budget
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500



U.S. Attorney's Office for the
Eastern District of Missouri
Attn: Sayler A. Fleming
     Civil Process Clerk
Thomas F. Eagleton U.S. Courthouse
111 S. 10th St., 20th Floor
St. Louis, MO 63102



Jeffrey A. Koses
General Services Administration
1800 F. Street, N.W.
Washington, D.C. 20405



Attorney General of the United States
Attn: Asst. Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001