**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| THE STATE OF MISSOURI, *et al.* | |
| *Plaintiffs*, | |
| v. | No. 4:21-cv-01300-DDN |
| JOSEPH R. BIDEN, JR.; *et al.* | |
| *Defendants*. | |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR ITS**
**PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT**

Under Local Rule 4.01(D), Plaintiffs the States of Missouri, Nebraska, Alaska, Arkansas, Iowa, Montana, New Hampshire, North Dakota, South Dakota, and Wyoming (the Plaintiff States) may file "any motion, memorandum, or brief which exceeds fifteen (15) pages" with leave of the Court.  The Plaintiff States respectfully request for such leave for its memorandum in support of its preliminary injunction motion (filed concurrently with this motion).  Because the issues are complex and significant, such leave is appropriate.

This case involves the lawfulness of the federal contractor vaccine mandate.  The Plaintiff States filed a twelve-count complaint, pointing out that the federal contractor vaccine mandate— which Defendants instituted under authority relating solely to federal procurement decisions—is unlawful, arbitrary and capricious, fails to comply with necessary procedural safeguards for promulgation of such rules, and is unconstitutional.

The issues raised in the Plaintiff States' motion for preliminary injunction are complex and significant, and so they justify granting leave to exceed the 15-page limit.  *See Monsanto Co. v. E.I. DuPont de Nemours & Co.*, 2012 WL 5397601, at *9 (E.D. Mo. Nov. 2, 2012) ("Recognizing

1

the complexity of the action and the significance of the issues involved, this Court granted Pioneer's request for a substantial expansion of the briefing page limitations."). They involve the proper construction of a rarely interpreted statute, and constitutional issues going to the heart of the federal-state relationship. Furthermore, in order to show their entitlement to a preliminary injunction, the Plaintiff States detail the numerous ways the federal contractor vaccine mandate inflicts irreparable injury on them, including, but not limited to, ways the mandate harms their economic, sovereign, and quasi-sovereign interests.

## CONCLUSION

For those reasons, the Plaintiff States respectfully asks the Court for leave to exceed the page limit for their preliminary injunction motion and memorandum in support.

Dated: November 4, 2021                    Respectfully submitted,

**DOUGLAS J. PETERSON**                     **ERIC S. SCHMITT**
**Attorney General of Nebraska**            **Attorney General of Missouri**

*/s/ James A. Campbell*                     */s/ Justin D. Smith*
James A. Campbell*                          Justin D. Smith, #63253MO
  *Solicitor General of Nebraska*             *Deputy Attorney General of Missouri*
Office of the Nebraska Attorney General     Michael E. Talent, #322220CA
2115 State Capitol                            *Deputy Solicitor General*
Lincoln, NE 68509                           Missouri Attorney General's Office
(402) 471-2686                              Post Office Box 899
Jim.Campbell@nebraska.gov                   Jefferson City, MO 65102
*Counsel for Plaintiffs*                    (573) 751-0304
                                            Justin.Smith@ago.mo.gov
                                            *Counsel for Plaintiffs*

*Admission application forthcoming

2

**TREG R. TAYLOR**
**Attorney General of Alaska**
*/s/ Cori Mills*
Cori M. Mills
 *Deputy Attorney General of Alaska*
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501-1994
(907) 269-5100
Cori.Mills@alaska.gov
*Counsel for State of Alaska*

**LESLIE RUTLEDGE**
**Arkansas Attorney General**
*/s/ Vincent M. Wagner*
Vincent M. Wagner
Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas  72201
(501) 682-8090
vincent.wagner@arkansasag.gov

JEFFREY S. THOMPSON
Solicitor General
SAMUEL P. LANGHOLZ
Assistant Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
jeffrey.thompson@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Counsel for State of Iowa*

**AUSTIN KNUDSEN**
**Attorney General of Montana**
KRISTIN HANSEN
Lieutenant General
DAVID M.S. DEWHIRST
Solicitor General
CHRISTIAN B. CORRIGAN
Assistant Solicitor General
Office of the Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
406-444-2026
David.Dewhirst@mt.gov
Christian.Corrigan@mt.gov
*Counsel for State of Montana*

**JOHN M. FORMELLA**
**New Hampshire Attorney General**
*/s/ Anthony J. Galdieri*
Anthony J. Galdieri
Solicitor General
NEW HAMPSHIRE DEPARTMENT OF JUSTICE
33 Capitol Street
Concord, NH 03301
Tel: (603) 271-3658
Anthony.J.Galdieri@doj.nh.gov
*Counsel for State of New Hampshire*

**WAYNE STENEHJEM**
**Attorney General of North Dakota**
*/s/ Matthew A. Sagsveen*
Matthew A. Sagsveen
Solicitor General
State Bar ID No. 05613
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone (701) 328-3640
Facsimile (701) 328-4300
masagsve@nd.gov
*Counsel for State of North Dakota*

4

**JASON R. RAVNSBORG**
**South Dakota Attorney General**
*/s/ David M. McVey*
David M. McVey
Assistant Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD  57501-8501
Phone: 605-773-3215
E-Mail: david.mcvey@state.sd.us
*Counsel for State of South Dakota*

**BRIDGET HILL**
 **Wyoming Attorney General**
*/s/ Ryan Schelhaas*
Ryan Schelhaas
 Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov
*Attorneys for the State of Wyoming*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 4, 2021, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system and to be served on those parties that have not appeared who will be served in accordance with the Federal Rules of Civil Procedure by mail or other means agreed to by the party.

*/s/ Justin D. Smith*