# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF NEBRASKA,<br>STATE OF ALASKA,<br>STATE OF ARKANSAS,<br>STATE OF IOWA,<br>STATE OF MONTANA,<br>STATE OF NEW HAMPSHIRE,<br>STATE OF NORTH DAKOTA,<br>STATE OF SOUTH DAKOTA,<br>STATE OF WYOMING,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>JOSEPH R. BIDEN, et al.,<br><br>　　　　*Defendants*. | No. 4:21-cv-01300-DDN |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1

## MOTION FOR A PRELIMINARY INJUNCTION

The States of Missouri, Nebraska, Alaska, Arkansas, Iowa, Montana, New Hampshire, North Dakota, South Dakota, and Wyoming (the Plaintiff States) respectfully request that the Court issue a preliminary injunction enjoining Defendants from requiring any federal contractor or subcontractor to comply, pursuant to Executive Order 14042 or any similar order, with the Safer Federal Workforce Task Force's *Covid-19 Workplace Safety: Guidance for Federal Contractors and Subcontractors* or any similar requirement issued by the Safer Federal Workforce Task Force, the Office of Management and Budget, and/or the Federal Acquisition Regulatory Council.

The Plaintiff States incorporate by reference the arguments in its Memorandum in Support of this Motion, filed contemporaneously herewith.

Because the Defendants' vaccine mandate requires all employees of federal contractors to be vaccinated by December 8, 2021, that would require employees to receive their vaccine shot by November 24, 2021.  Plaintiff States therefore request a ruling by **November 24, 2021.**

Dated: November 4, 2021                                      Respectfully submitted,

**DOUGLAS J. PETERSON**                              **ERIC S. SCHMITT**
**Attorney General of Nebraska**                      **Attorney General of Missouri**

*/s/ James A. Campbell*                                      */s/ Justin D. Smith*
James A. Campbell*                                           Justin D. Smith, #63253MO
  *Solicitor General of Nebraska*                            *Deputy Attorney General of Missouri*
Office of the Nebraska Attorney General          Michael E. Talent, #322220CA
2115 State Capitol                                               *Deputy Solicitor General*
Lincoln, NE 68509                                              Missouri Attorney General's Office
(402) 471-2686                                                    Post Office Box 899
Jim.Campbell@nebraska.gov                          Jefferson City, MO 65102
*Counsel for Plaintiffs*                                        (573) 751-0304
                                                                          Justin.Smith@ago.mo.gov
                                                                          *Counsel for Plaintiffs*

*Admission application forthcoming

**TREG R. TAYLOR**
**Attorney General of Alaska**
*/s/ Cori Mills*
Cori M. Mills
    *Deputy Attorney General of Alaska*
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501-1994
(907) 269-5100
Cori.Mills@alaska.gov
*Counsel for State of Alaska*

**LESLIE RUTLEDGE**
**Arkansas Attorney General**
*/s/ Vincent M. Wagner*
Vincent M. Wagner
Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas  72201
(501) 682-8090
vincent.wagner@arkansasag.gov

JEFFREY S. THOMPSON
Solicitor General
SAMUEL P. LANGHOLZ
Assistant Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
jeffrey.thompson@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Counsel for State of Iowa*

3

**AUSTIN KNUDSEN**
**Attorney General of Montana**
KRISTIN HANSEN
Lieutenant General
DAVID M.S. DEWHIRST
Solicitor General
CHRISTIAN B. CORRIGAN
Assistant Solicitor General
Office of the Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
406-444-2026
David.Dewhirst@mt.gov
Christian.Corrigan@mt.gov
*Counsel for State of Montana*

**JOHN M. FORMELLA**
**New Hampshire Attorney General**
*/s/ Anthony J. Galdieri*
Anthony J. Galdieri
Solicitor General
NEW HAMPSHIRE DEPARTMENT OF JUSTICE
33 Capitol Street
Concord, NH 03301
Tel: (603) 271-3658
Anthony.J.Galdieri@doj.nh.gov
*Counsel for State of New Hampshire*

**WAYNE STENEHJEM**
**Attorney General of North Dakota**
*/s/ Matthew A. Sagsveen*
Matthew A. Sagsveen
Solicitor General
State Bar ID No. 05613
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone (701) 328-3640
Facsimile (701) 328-4300
masagsve@nd.gov
*Counsel for State of North Dakota*

4

**JASON R. RAVNSBORG**
**South Dakota Attorney General**
*/s/ David M. McVey*
David M. McVey
Assistant Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD  57501-8501
Phone: 605-773-3215
E-Mail: david.mcvey@state.sd.us
*Counsel for State of South Dakota*

**BRIDGET HILL**
  **Wyoming Attorney General**
*/s/ Ryan Schelhaas*
Ryan Schelhaas
  Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov
*Attorneys for the State of Wyoming*

5

## CERTIFICATE OF SERVICE

I hereby certify that, on November 4, 2021, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system and to be served on those parties that have not appeared who will be served in accordance with the Federal Rules of Civil Procedure by mail or other means agreed to by the party.

*/s/ Justin D. Smith*