# EXHIBIT

# C

proposed information request may be obtained by contacting the office listed below in the **FOR FURTHER INFORMATION CONTACT** section of this Notice.

**DATES:** Written comments must be submitted to the office listed in the **ADDRESSES** section below on or before November 29, 2021.

**ADDRESSES:** You may submit comments identified by Control Number 1235–0024, by either one of the following methods: *Email: WHDPRAComments@ dol.gov; Mail, Hand Delivery, Courier:* Division of Regulations, Legislation, and Interpretation, Wage and Hour, U.S. Department of Labor, Room S–3502, 200 Constitution Avenue NW, Washington, DC 20210.

*Instructions:* Please submit one copy of your comments by only one method. All submissions received must include the agency name and Control Number identified above for this information collection. Because we continue to experience delays in receiving mail in the Washington, DC area, commenters are strongly encouraged to transmit their comments electronically via email or to submit them by mail early. Comments, including any personal information provided, become a matter of public record. They will also be summarized and/or included in the request for Office of Management and Budget (OMB) approval of the information collection request.

**FOR FURTHER INFORMATION CONTACT:** Robert Waterman, Division of Regulations, Legislation, and Interpretation, Wage and Hour Division, U.S. Department of Labor, Room S–3502, 200 Constitution Avenue NW, Washington, DC 20210; telephone: (202) 693–0406 (this is not a toll-free number). Copies of this notice may be obtained in alternative formats (Rich Text Format (RTF) or text format (txt), a thumb drive, an MP3 file, large print, braille, audiotape, compact disc, or other accessible format), upon request, by calling (202) 693–0023 (not a toll-free number). TTY/TTD callers may dial toll-free (877) 889–5627 to obtain information or request materials in alternative formats.

**SUPPLEMENTARY INFORMATION:**

I. *Background:* The Wage and Hour Division (WHD) of the Department of Labor administers the Fair Labor Standards Act (FLSA), 29 U.S.C. 201, *et seq..* Section 3(l) of the Act establishes a minimum age of 16 years for most non-agricultural employment, but allows the employment of 14- and 15-year olds in occupations other than manufacturing and mining if the Secretary of Labor determines such employment is confined to: (1) Periods

that will not interfere with the minor's schooling; and (2) conditions that will not interfere with the minor's health and well-being. FLSA section 11(c) requires all covered employers to make, keep, and preserve records of their employees' wages, hours, and other conditions of employment. Section 11(c) authorizes the Secretary of Labor to prescribe the recordkeeping and reporting requirements for these records. The regulations set forth reporting requirements that include a Work Study Program application and written participation agreement. In order to use the child labor work study provisions, § 570.37(b) requires a local public or private school system to file with the Wage and Hour Division Administrator an application for approval of a Work Study Program as one that does not interfere with the schooling or health and well-being of the minors involved. The regulations also require preparation of a written participation agreement for each student participating in a Work Study Program and that the teacher-coordinator, employer, and student each sign the agreement.

II. *Review Focus:* The Department of Labor is particularly interested in comments which:

• Evaluate whether the proposed collection of information is necessary for the proper performance of the functions of the agency, including whether the information will have practical utility;

• Enhance the quality, utility, and clarity of the information to be collected;

• Evaluate the accuracy of the agency's estimate of the burden of the proposed collection of information, including the validity of the methodology and assumptions used;

• Minimize the burden of the collection of information on those who are to respond, including through the use of appropriate automated, electronic, mechanical, or other technological collection techniques or other forms of information technology, *e.g.,* permitting electronic submissions of responses.

III. *Current Actions:* The Department of Labor seeks approval for an extension of this information collection in order to ensure effective administration of Work Study programs.

*Type of Review:* Extension.
*Agency:* Wage and Hour Division.
*Title:* Work Study Program of the Child Labor Regulations.
*OMB Control Number:* 1235–0024.
*Affected Public:* Business or other for-profit, Not-for-profit institutions, Farms,

Federal, State, Local, or Tribal Government.

*Total Respondents:* WSP Applications: WSP; Written Participation Agreements: 500.
*Total Annual Responses:* WSP Applications: 10.
*Written Participation Agreements:* 1,000.
*Estimated Total Burden Hours:* 1,529.
*Estimated Time per Response:* WSP Application: 121 minutes; Written Participation Agreements: 31 minutes.
*Frequency:* On occasion.
*Total Burden Cost (capital/startup):* $0.

Dated: September 20, 2021.

**Amy DeBisschop,**
*Director, Division of Regulations, Legislation, and Interpretation.*

[FR Doc. 2021–20956 Filed 9–27–21; 8:45 am]

**BILLING CODE 4510–27–P**

## OFFICE OF MANAGEMENT AND BUDGET

## Determination of the Promotion of Economy and Efficiency in Federal Contracting Pursuant to Executive Order No. 14042

**AGENCY:** Executive Office of the President, Office of Management and Budget.

**ACTION:** Notice of determination.

**SUMMARY:** The Director of the Office of Management and Budget determines that compliance by Federal contractors and subcontractors with the COVID–19 workplace safety protocols detailed in the Safer Federal Workforce Task Force guidance issued on September 24, 2021 will improve economy and efficiency by reducing absenteeism and decreasing labor costs for contractors and subcontractors working on or in connection with a Federal Government contract.

**DATES:** September 24, 2021.

**ADDRESSES:** The Safer Federal Workforce Task Force Guidance for Federal Contractors and Subcontractors on COVID–19 Workplace Safety is available at: *https:// www.saferfederalworkforce.gov/new/.*

**FOR FURTHER INFORMATION CONTACT:** Cristin Dorgelo, 725 17th Street N, Email address: *Cristin.a.dorgelo@ omb.eop.gov,* telephone number: (202) 456–4066. Because of delays in the receipt of regular mail related to security screening, respondents are encouraged to use electronic communications.

**SUPPLEMENTARY INFORMATION:** As explained in Executive Order No. 14042

on *Ensuring Order on Ensuring Adequate COVID Safety Protocols for Federal Contractors,* compliance with COVID–19-related safety protocols improves economy and efficiency by reducing absenteeism and decreasing labor costs for contractors and subcontractors working on or in connection with a Federal Government contract. Section 2(c) of E.O. 14042 requires that, before Federal contractors and subcontractors must adhere to any guidance from the Safer Federal Workforce Task Force pursuant to Executive Order No. 14042, the Director of the Office of Management and Budget must determine that such guidance will promote economy and efficiency in Federal contracting if adhered to by Government contractors and subcontractors. Based on my review of the Safer Federal Workforce Task Force's COVID–19 Workplace Safety: Guidance for Federal Contractors and Subcontractors, scheduled for issuance on September 24, 2021, and exercising the President's authority under the Federal Property and Administrative Services Act (see 3 U.S.C. 301I) delegated to me through Executive Order No. 14042, I have determined that compliance by Federal contractors and subcontractors with the COVID–19-workplace safety protocols detailed in that guidance will improve economy and efficiency by reducing absenteeism and decreasing labor costs for contractors and subcontractors working on or in connection with a Federal Government contract.

**Shalanda Young,**

*Acting Director, Office of Management and Budget.*

[FR Doc. 2021–21184 Filed 9–24–21; 4:15 pm]

**BILLING CODE 3110–01–P**

## NATIONAL CAPITAL PLANNING COMMISSION

### Senior Executive Service; Performance Review Board; Members

**AGENCY:** National Capital Planning Commission.

**ACTION:** Notice of members of senior executive service performance review board.

**SUMMARY:** This notice announces the membership of the National Capital Planning Commission Senior Executive Service Performance Review Board in accordance with section 4314(c) of Title 5, U.S.C. and 5 CFR 430.311.

**FOR FURTHER INFORMATION CONTACT:** Debra L. Dickson, Director of Administration, National Capital

Planning Commission, 401 Ninth Street NW, Suite 500, Washington, DC 20004, (202) 482–7229.

**SUPPLEMENTARY INFORMATION:** The following persons have been appointed to serve as members of the Performance Review Board for the National Capital Planning Commission from October 1, 2021, to September 30, 2023: Paige Cottingham-Streater, Executive Director, Japan U.S. Friendship Commission; John Farrell, Executive Director, U.S. Arctic Research Commission; and Christopher J. Roscetti, Technical Director, Defense Nuclear Facilities Safety Board.

Dated: September 22, 2021.

**Debra L. Dickson,**

*Director of Administration, National Capital Planning Commission.*

[FR Doc. 2021–20961 Filed 9–27–21; 8:45 am]

**BILLING CODE P**

## NATIONAL CREDIT UNION ADMINISTRATION

[NCUA 2021–0102]

RIN 3133–AF39

### Request for Information and Comment on Digital Assets and Related Technologies

**AGENCY:** National Credit Union Administration (NCUA).

**ACTION:** Request for information and comment; extension of comment period.

**SUMMARY:** On July 27, 2021, the NCUA Board (Board) published in the **Federal Register** a document entitled ''Request for Information and Comment on Digital Assets and Related Technologies'' (RFI) and invited comments from interested parties regarding the current and potential impact of activities connected to digital assets and related technologies on federally insured credit unions (FICUs), related entities, and the NCUA. The Board noted that it was broadly interested in receiving input on commenters' views in this area, including current and potential uses in the credit union system, and the risks associated with them. To allow interested persons more time to consider and submit their comments, the Board has decided to extend the comment period for an additional 30 days.

**DATES:** The comment period for the RFI published July 27, 2021, at 86 FR 40213, is extended. Responses to the RFI must now be received on or before October 27, 2021.

**ADDRESSES:** You may submit comments by any one of the following methods

(Please send comments by one method only):

• *Federal eRulemaking Portal: http:// www.regulations.gov.* Follow the instructions for submitting comments for NCUA Docket 2021–0102.

• *Fax:* (703) 518–6319. Include ''[Your name] Comments on ''Request for Information and Comment on Digital Assets and Related Technologies.''

• *Mail:* Address to Melane Conyers-Ausbrooks, Secretary of the Board, National Credit Union Administration, 1775 Duke Street, Alexandria, Virginia 22314–3428.

• *Hand Delivery/Courier:* Same as mailing address.

*Public Inspection:* You may view all public comments on the Federal eRulemaking Portal at *http:// www.regulations.gov* as submitted, except for those we cannot post for technical reasons. NCUA will not edit or remove any identifying or contact information from the public comments submitted. Due to social distancing measures in effect, the usual opportunity to inspect paper copies of comments in the NCUA's law library is not currently available. After social distancing measures are relaxed, visitors may make an appointment to review paper copies by calling (703) 518–6540 or emailing *OGCMail@ncua.gov.*

**FOR FURTHER INFORMATION CONTACT:** *Policy and Analysis:* Scott Borger, Senior Financial Modeler and Todd Sims, National Payment Systems Officer, Office of National Examinations and Supervision, (703) 518–6640; *Legal:* Thomas Zells, Senior Staff Attorney, Office of General Counsel, (703) 518–6540; or by mail at National Credit Union Administration, 1775 Duke Street, Alexandria, VA 22314.

**SUPPLEMENTARY INFORMATION:** On July 27, 2021, the Board published in the **Federal Register** an RFI inviting comments from interested parties regarding the current and potential impact of activities connected to digital assets and related technologies on FICUs, related entities, and the NCUA.[1] The Board published the RFI with the aim of engaging the broad credit union industry and other stakeholders and learning how emerging DLT and DeFi applications are viewed and used. The RFI emphasized that the NCUA hopes to learn how the credit union community is using these emerging technologies and gain additional feedback as to the role the NCUA can play in safeguarding the financial system and consumers in the context of these emerging technologies. In order to continue to

[1] 86 FR 40213 (July 27, 2021).