# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| Missouri, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:21-cv-01300-DDN |
| Biden, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                               .

Date:    11/12/2021

*Zachary A. Avallone*
*Attorney's signature*

Zachary A. Avallone (DC 1023361)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005

*Address*

zachary.a.avallone@usdoj.gov
*E-mail address*

(202) 514-2705
*Telephone number*

(202) 616-8470
*FAX number*