UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) No. 4: 21 CV 1300 DDN |
| JOSEPH R. BIDEN, JR., *et al.,* | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

There being no objection by defendants (Doc. 12 at 4 n. 2), without the Court having decided Doc. 10,

**IT IS HEREBY ORDERED** that the motion of plaintiffs for leave to exceed the 15-page limit for their memorandum (Doc. 9) in support of their motion for a preliminary injunction **(Doc. 7) is sustained.**

/s/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on November 12, 2021.