UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 4: 21 CV 1300 DDN |
| JOSEPH R. BIDEN, JR., *et al.*, | ) |
| Defendants. | ) |

## ORDER

Following the conference of the Court with counsel for all parties on November 24, 2021,

**IT IS HEREBY ORDERED** that the pending motion of defendants for leave to exceed the local rule page limit to respond to plaintiffs' motion for preliminary injunction **(Doc. 19) is sustained.**

**IT IS FURTHER ORDERED** that the pending motion of plaintiffs for leave to exceed the local rule page limit to reply in support of motion for preliminary injunction **(Doc. 22) is sustained.**

**IT IS FURTHER ORDERED** that, to facilitate the prompt disposition of this action, **not later than Monday, December 6, 2021**, the parties must file a non-argumentative Joint Statement of Material Facts regarding the plaintiffs' motion for a preliminary injunction (Doc. 8) regarding plaintiffs' claims other than those founded on the federal Administrative Procedure Act.  This joint statement may include comments on stipulated facts by way of footnote to the respective statement.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(a)(2), the Court intends the parties' Joint Statement of Material Facts to apply to the ultimate final dispositive merits of plaintiffs' claims other than those founded on the federal Administrative Procedure Act.

**IT IS FURTHER ORDERED** that not later than December 10, 2021, the parties may file simultaneously supplemental memoranda on their respective positions regarding plaintiffs' claims other than those founded on the Administrative Procedure Act.  Any such supplemental memorandum may not exceed 20 pages in length, excluding the signature pages.

    /s/ David D. Noce    
**UNITED STATES MAGISTRATE JUDGE**

Signed on November 24, 2021.