IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>JOSEPH R. BIDEN, et al. <br><br>    Defendants. | No. 4:21-cv-01300-DDN |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

   Defendants hereby notify this Court of a decision issued by the United States Court of Appeals for the Sixth Circuit in *In re: MCP No. 165, Occupational Safety and Health Administration, Interim Final Rule: COVID-19 Vaccination and Testing*, No. 21-4027, 2021 WL 5989357 (6th Cir. Dec. 17, 2021).  That opinion dissolved the stay issued by the Fifth Circuit in *BST Holdings, LLC v. Occupational Safety & Health Admin.*, No. 21-60845, 2021 WL 5166656 (5th Cir. Nov. 6, 2021).  *Id.* at *19.

DATED: December 20, 2021      Respectfully submitted,

                   BRIAN M. BOYNTON
                   Acting Assistant Attorney General

                   BRAD P. ROSENBERG
                   Assistant Director

                   */s/ Zachary A. Avallone*
                   VINITA ANDRAPALLIYAL
                   ZACHARY A. AVALLONE
                   Trial Attorneys
                   U.S. Department of Justice
                   Civil Division, Federal Programs Branch
                   1100 L Street NW
                   Washington, D.C. 20005
                   (202) 514-2705
                   Zachary.a.avallone@usdoj.gov

                   *Counsel for Defendants*