UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 4: 21 CV 1300 DDN |
| JOSEPH R. BIDEN, in his official Capacity as President of the United States, *et al.*, | ) |
| Defendants. | ) |

### ORDER SETTING SCHEDULING CONFERENCE

The Court having issued its preliminary injunction in this action,

**IT IS HEREBY ORDERED** that a Zoom Scheduling Conference with the Court and counsel for all parties is set for **Friday, January 7, 2022, at 10:00 a.m. Counsel should participate in the conference by going to zoomgov.com and enter the ID and password: Meeting ID: 160 599 0218  Password: 346672**. Counsel should be prepared to discuss scheduling of further proceedings in this case.

　　　　　　　　　　　　　　　　　　/S/   David D. Noce
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on December 23, 2021.