# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, et al. <br><br> Defendants. | No. 4:21-cv-01300-DDN |

## UNOPPOSED MOTION TO EXTEND DEADLINES

To the extent any case deadlines fall before the Court's scheduled conference on January 7, 2022, Defendants move to extend those deadlines to any date set by the Court following the conference on January 7, 2022. Undersigned counsel has conferred with counsel for Plaintiffs and Plaintiffs do not oppose the relief requested.

DATED: December 31, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director

*/s/ Zachary A. Avallone*
VINITA ANDRAPALLIYAL
ZACHARY A. AVALLONE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 514-2705
Zachary.a.avallone@usdoj.gov

*Counsel for Defendants*