## US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:**                                                                   **USCA#:**

State of Missouri et al v. Biden et al

**Case Number:**

4:21-CV-01300-DDN

**Plaintiff:**                                               **Defendant:**

STATE OF MISSOURI, et al.                      JOSEPH R. BIDEN JR., et al.

**Attorney:**                                               **Attorney:**

SEE DOCKET SHEET

Vinita Andrapalliyal (for dft)
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Ph: 202-598-8085  Fax:
Email:  vinita.b.andrapalliyal@usdoj.gov

Zach A. Avallone (for dft)
1100 L Street NW
Washington, DC 20005
Ph: 202-514-2705  Fax:
Email:  zachary.a.avallone@usdoj.gov

**Court Reporter(s):**                          Please return files and documents to:

Linda Nichols

Clerk for Eastern District of Missouri

Person to contact about the appeal:

Jamekia Latham at 314.244.7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No        Where:

**Please list all other defendants in this case if there were multiple defendants:**