# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|   v. | )   No. 4: 21 CV 1300 DDN |
| | ) |
| JOSEPH R. BIDEN, JR., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER STAYING ACTION PENDING APPEAL

On January 14, 2022, defendants filed a Notice of Appeal from the preliminary injunction issued in this action on December 20, 2021 (Doc. 36). Therefore,

**IT IS HEREBY ORDERED** that the unopposed motion of defendants to stay further proceedings in this action pending final disposition of defendants' appeal **(Doc. 44) is sustained.** Until final disposition of this appeal, the parties are relieved of filing a joint scheduling plan and further proceedings in this action are stayed.

                                                   /s/ David D. Noce
                                      **UNITED STATES MAGISTRATE JUDGE**

Signed on January 18, 2022.