# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1104

State of Missouri, et al.

Appellees

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellants

------------------------------

State of Florida, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-01300-DDN)

---

## ORDER

The motion to withdraw as counsel is granted.  Mr. Jeffrey S. Thompson is granted leave to withdraw from this case.

December 21, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　　/s/ Michael E. Gans