# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1104

_____

State of Missouri; State of Nebraska; State of Alaska; State of Arkansas; State of Iowa; State of Montana; State of New Hampshire; State of North Dakota; State of South Dakota; State of Wyoming

Plaintiffs - Appellees

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America; United States of America; The Office of Personnel Management; Kiran Ahuja, in her official capacity as director of the Office of Personnel Management and as co-chair of the Safer Federal Workforce Task Force; General Services Administration; Robin Carnahan, in her official capacity as administrator of the General Services Administration and as co-chair of the Safer Federal Workforce Task Force; Office of Management and Budget; Shalanda Young, in her official capacity as acting Director of the Office of Management and Budget and as a member of the Safer Federal Workforce Task Force; Safer Federal Workforce Task Force; Jeffrey Zients, in his official capacity as co-chair of the Safer Federal Workforce Task Force and COVID-19 Response Coordinator; Federal Acquisition Regulatory Council; Lesley A. Field, in her official capacity as Acting Administrator for Federal Procurement, Office of Management and Budget; John M. Tenaglia, in his official capacity as Principal Director of Defense Pricing and Contracting, Department of Defense; Jeffrey A. Koses, in his official capacity as Senior Procurement Executive & Deputy Chief Acquisition Officer, General Services Administration; Karla S. Jackson, in her official capacity as Assistant Administrator for Procurement, National Aeronautics and Space Administration

Defendants - Appellants

------------------------------

State of Florida; State of Arizona; State of Georgia; State of Idaho; State of Kansas; State of Kentucky; State of Louisiana; State of Ohio; State of Oklahoma; State of South Carolina; State of Tennessee; State of Texas; State of Utah; State of West Virginia; Chamber of Commerce of the United States of America

Amici on Behalf of Appellee(s)

------------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-01300-DDN)

------------

**JUDGMENT**

Before SMITH, Chief Judge, KELLY, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed and remanded in accordance with the opinion of this Court.

June 07, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans