# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, | ) |
| STATE OF NEBRASKA, | ) |
| STATE OF ALASKA, | ) |
| STATE OF ARKANSAS, | ) |
| STATE OF IOWA, | ) |
| STATE OF MONTANA, | ) |
| STATE OF NEW HAMPSHIRE, | ) |
| STATE OF NORTH DAKOTA | ) |
| STATE OF SOUTH DAKOTA, and | ) |
| STATE OF WYOMING, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:21-CV-1300-JSD |
| | ) |
| JOSEPH R. BIDEN, JR., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendants shall file a reply to Plaintiffs' Response to the Court's August 15, 2023 Show Cause Order (ECF No. 68) no later than **September 15, 2023**.

.

Dated this 1st day of September, 2023.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE